**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

SHANE L. CANNON,    CASE NO.   15-30451-KKS
                    Chapter 7

      Debtor.

---

### Order Denying Beach Community Bank's
### Motion for Relief from the Automatic Stay (Doc. 78)

This matter came before the Court at a hearing held on June 6, 2017 on Beach Community Bank's Motion for Relief from the Automatic Stay (Doc. 78). The Court, having considered the pleadings, memoranda, applicable case law, argument of counsel and incorporating its findings in open Court, it is

**ORDERED** that Beach Community Bank's Motion for Relief from the Automatic Stay (Doc. 78) is DENIED WITHOUT PREJUDICE for the reasons and findings announced in open Court at the hearing on June 6, 2017.

DONE AND ORDERED on  June 14, 2017              .

                                                  KAREN K. SPECIE
                                                  U. S. BANKRUPTCY JUDGE

Robert S. Rushing is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.
Prepared by: (Amended in Chambers)
Robert S. Rushing, Esq.

Copies to:
All parties in interest